# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF TENNESSEE

## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | **Case No. 3:09cr134** |
| | ) | |
| | ) | **JUDGE HAYNES** |
| CORDARREL BUFORD | ) | |

## O R D E R

Before the Court is Defendant Cordarrel Buford's motion to transfer case 3:09cr221 (Docket Entry No. 24), which is **DENIED AS MOOT** as this case has already been transferred to the Court.

It is so **ORDERED**.

**ENTERED** this the $\overline{25}$ day of January, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge