IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE No. 3:09-00134 |
| ) | Chief Judge Haynes |
| CORDARREL BUFORD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Government's motion to modify order (Docket Entry No. 42) in 3:09cr-00134 granting Defendant's motion for retroactive designation (Docket Entry No. 43).

In its motion, the Government submits that the Defendant should not be entitled to retroactive designation as of his state arrest on July 6, 2009, but rather the date of his federal sentencing on March 14, 2011 (Docket Entry No. 38, Judgment, 3:09-cr-00124) (Docket Entry No. 84, 3:09cr-00221). The Government has conferred with defense counsel regarding the requested modification, and defense counsel has reported that he has not opposition to the modification.

Upon consideration of the record, the Government's motion to modify is **GRANTED** to order retroactive designation to the date of the Defendant's federal sentence on March 14, 2011.

It is so **ORDERED**.

**ENTERED** this the ____ day of November 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court